Filed 11/10/22  P. v. Guerrero CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>FELIPE GUERRERO,<br><br>    Defendant and Appellant. | 2d Crim. No. B319880<br>(Super. Ct. No. TA149250)<br>(Los Angeles County) |

Felipe Guerrero molested A.A. over a seven-year period. He touched her breasts and orally copulated her.  He made her touch his penis until he ejaculated.  He also inserted his penis into her vagina on at least five different occasions.

Prosecutors charged Guerrero with three counts of forcible sexual intercourse with a child (Pen. Code,[1] § 288.7, subd. (a)), one count of oral copulation of a child (*id.*, subd. (b)), and one count of continuous sexual abuse of a child (§ 288.5, subd. (a)) for his molestation of A.A.  Guerrero pleaded no contest to the

---

[1] Statutory references are to the Penal Code.

continuous sexual abuse charge in exchange for the dismissal of the remaining four charges.  He agreed to serve a 12-year, middle-term state prison sentence as part of his plea.

We appointed counsel to represent Guerrero in this appeal. After counsel examined the record, he filed an opening brief that raises no arguable issues.  On September 19, 2022, we advised Guerrero by mail that he had 30 days within which to submit any contentions or issues he wished us to consider.  We have not received a response.

We have reviewed the entire record and are satisfied that Guerrero's attorney fully complied with his responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED.

BALTODANO, J.

We concur:

GILBERT, P. J.

YEGAN, J.

2

Teresa P. Magno, Judge

Superior Court County of Los Angeles

_____

 James Koester, under appointment by the Court of Appeal, for Defendant and Appellant.
 No appearance for Plaintiff and Respondent.